# Order

Michigan Supreme Court
Lansing, Michigan

March 17, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127422(78)
127423
127424

FORD MOTOR COMPANY,
            Petitioner-Appellant,

v

CITY OF WOODHAVEN, and COUNTY OF WAYNE,
            Respondents-Appellees.
_____

FORD MOTOR COMPANY,
            Petitioner-Appellant,

v

CITY OF STERLING HEIGHTS,
            Respondent-Appellee.
_____

FORD MOTOR COMPANY,
            Petitioner-Appellant,

v

TOWNSHIP OF BRUCE,
            Respondent-Appellee.
_____

        On order of the Chief Justice, the motion by Michigan Retailers Association for leave to file a brief *amicus curiae* is considered and it is GRANTED.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2006

_____
Clerk